**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISON**

**UNITED STATES OF AMERICA,**

    **And**

**LOUISIANA DEPARTMENT OF
ENVIRONMENTAL QUALITY**

    *Plaintiffs,*

          **v.**

**PACKAGING CORPORATION OF
AMERICA,**
    *Defendant.*

Case No. 2:22-cv-5361

**<u>NOTICE OF LODGING OF STIPULATION OF SETTLEMENT</u>**

The attached Stipulation of Settlement (the "Stipulation") is hereby lodged with the Court during a period of public comment in Louisiana.  *See* Attach. 1.  Until the public comment period is complete <u>no action is required to be taken by the Court</u> on the proposed Stipulation.

Paragraph 32 of the Stipulation provides that the Louisiana Department of Environmental Quality's ("LDEQ") final approval of the Stipulation, and its entry, is subject to the public notice and Louisiana Attorney General concurrence requirements of La. R.S. 30:2050.7.  Pursuant to La. R.S. 30:2050.7, there must be public notice of this Stipulation in the official journal of Beauregard Parish, the location of the Defendant's containerboard production facility, followed by a 45-day public comment period.  After the public comment period expires, the Plaintiffs will consider and evaluate any comments, with the Louisiana Attorney General's concurrence.  Once the requirements of La. R.S. 30:2050.7 are satisfied, the Plaintiffs will then move the Court for Entry of the Stipulation or other appropriate action.

Therefore, no action is required by the Court until the public comment period expires and

the United States moves for entry of the Stipulation.


Dated:  September 28, 2022

Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA:**

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

___*/s/ Christopher B. Witwer*_____
CHRISTOPHER B. WITWER
Trial Attorney
NY Bar No. 4464418
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P. O. Box 7611 Ben Franklin Station
Washington, DC 20044
(202) 598-3122 (Telephone)
christopher.witwer@usdoj.gov

BRANDON B. BROWN
United States Attorney
Western District of Louisiana

SHANNON T. BROWN
Assistant United States Attorney
LA Bar No. 32366
U.S. Attorney's Office
Western District of Louisiana
300 Fannin Street, Suite 3201
Shreveport, LA 71101
(318) 676-3600
shannon.brown@usdoj.gov

Of Counsel:
COURTNEY CARTER
Assistant Regional Counsel (MC 6RC-ER)
U.S. Environmental Protection Agency, Region 6
1201 Elm Street, Suite 500
Dallas, Texas 75270
(214) 665-8175 (Telephone)
carter.courtney@epa.gov

3

**FOR THE LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY:**

OSCAR MAGEE
Attorney
LA Bar No. 32302
Louisiana Department of Environmental Quality
Office of the Secretary
Legal Division
P.O. Box 4302
Baton Rouge, LA 70821-4302
(225) 219-4046 (Telephone)
(225) 219-4068 (Facsimile)
oscar.magee@la.gov

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 28ᵗʰ day of September, 2022, a true and correct copy of the foregoing Plaintiffs' NOTICE OF LODGING OF STIPULATION OF SETTLEMENT and attached proposed STIPULATION OF SETTLEMENT were filed with the Clerk of the U.S. District Court for the Western District of Louisiana using the Court's CM/ECF system.  Notice of this Electronic Filing will be sent to the Defendant via first-class mail and electronic mail.

___*/s/ Christopher B. Witwer*_____
CHRISTOPHER B. WITWER
Trial Attorney
NY Bar No. 4464418
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P. O. Box 7611 Ben Franklin Station
Washington, DC 20044
(202) 598-3122 (Telephone)
christopher.witwer@usdoj.gov