IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>And<br><br>LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY,<br><br>*Plaintiffs*,<br><br>v.<br><br>**PACKAGING CORPORATION OF AMERICA,**<br><br>*Defendant.* | Case No. 2:22-cv-05361-JDC-KK<br><br>Judge James D. Cain, Jr.<br><br>Magistrate Judge Kathleen Kay |

ORDER GRANTING PLAINTIFFS'
CONSENT MOTION TO APPROVE STIPULATION OF SETTLEMENT

The matter having come before the Court on the Plaintiffs' Consent Motion to Approve Stipulation of Settlement ("Motion") (ECF Doc. 5), it hereby ORDERED that the Motion is granted and the proposed Stipulation of Settlement will be executed by the Court and entered as a final judgment in this matter.

THUS DONE AND SIGNED in Chambers on this 29th day of December, 2022.

_____
JUDGE JAMES D. CAIN, JR.
United States District Judge